✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

for the

JUN – 5 2008

Eastern District of Arkansas

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Billy Ray Smith | ) | Case No:  4:90CR00261-01 GTE |
| | ) | USM No:  18976-009 |
| Date of Previous Judgment:  January 16, 1992 | ) | Arkie Byrd |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____400 Months_____ months **is reduced to   323 Months**

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:  39 | Amended Offense Level:  37 |
| Criminal History Category:  III | Criminal History Category  III |
| Previous Guideline Range:  324 to 405 months | Amended Guideline Range:  262 to 327 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  1/16/92  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  6/05/08

_Sarnett Thomas Eisele_
Judge's signature

Effective Date: _____
(if different from order date)

Garnett Thomas Eisele, U.S. District Judge
Printed name and title